December 13, 1967. *Benjamin Lerner* and *Melvin Dildine*, Assistant Defenders, and *Herman I. Pollock*, Defender, for appellant; *Benjamin H. Levintow*, Assistant District Attorney, with him *Alan J. Davis*, Assistant District Attorney, *Richard A. Sprague*, First Assistant District Attorney, and *Arlen Specter*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

ERVIN, P. J., and WRIGHT, J., took no part in the consideration or decision of this case.

## Commonwealth *v.* Bruce, Appellant.

Submitted December 11, 1967. *Clem Bruce*, appellant, in propria persona; *Paul R. Michel* and *Alan J. Davis*, Assistant District Attorneys, *Richard A. Sprague*, First Assistant District Attorney, and *Arlen Specter*, District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Bruce, Appellant.

Argued December 11, 1967. *John Packel*, Assistant Defender, with him *Melvin Dildine*, Assistant Defender, and *Herman I. Pollock*, Defender, for appellant; *David L. Creskoff*, Assistant District Attorney, with him *Alan J. Davis*, Assistant District Attorney, *Richard A. Sprague*, First

Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

ERVIN, P. J., and WRIGHT, J., took no part in the consideration or decision of this case.

### Commonwealth *v.* Chatary, Appellant.

Argued December 12, 1967. *David B. Fitzgerald,* with him *Fitzgerald & Yatsko,* for appellant; *Richard A. Devlin,* Assistant District Attorney, with him *Henry T. Crocker,* Assistant District Attorney, and *Richard S. Lowe,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

ERVIN, P. J., and WRIGHT, J., took no part in the consideration or decision of this case.

### Commonwealth *v.* Covington, Appellant.

Submitted December 11, 1967. *Richard L. Hahn,* and *Modell, Pincus, Hahn & Reich,* for appellant; *Alan J. Davis,* Assistant District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.

### Commonwealth *v.* Dagge, Appellant.